TRACEY v. GREFFET, *Plaintiff in Error.*

Division Two, November 15, 1892,

**Jurisdiction:** SUPREME AND APPELLATE COURT: COVENANT OF WARRANTY. Where, in an action founded on a covenant of warranty of title to real estate, the title is not called in question, and the judgment of the trial court is within the sum giving the supreme court jurisdiction, the cause will be transferred to the proper court of appeals.

*Error to St. Louis City Circuit Court.*

TRANSFERRED TO ST. LOUIS COURT OF APPEALS.

T. A. *Russell* for plaintiff in error.

THOMAS, J.—This action is founded on a covenant of warranty of title to real estate.

The judgment in favor of defendant in error was for $749.48 only.

The record shows that the title to the real estate in question was adjudicated and determined adversely to the covenantor and covenantee in a former action to which they were both made parties; and the only

questions involved in this case relate to the admission of evidence, and the proper construction of the covenant. The title to real estate is not called in question, and the judgment is below the amount giving this court jurisdiction. The case will, therefore, be transferred to the St. Louis court of appeals for determination. All concur.